UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-499-T-33JSS

RANDI POTTER

**UNITED STATES'S INFORMATION AND**
**NOTICE OF PRIOR CONVICTION**

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files this Information and Notice of the defendant's prior conviction pursuant to 21 U.S.C. §§ 851 and 841(b)(1)(A), (b)(1)(B), and (b)(1)(C), and charges that:

1. On or about October 25, 2018, the defendant was charged in an Indictment with the following: (1) possessing with intent to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) ("Count One"); (2) possessing with intent to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B) ("Count Two"); (3) possessing with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) ("Count Three"); and (4) possessing with intent to distribute a quantity of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) ("Count Four"). Doc. 1.

## PRIOR FELONY DRUG CONVICTION

2. On or about October 6, 2015, the defendant was convicted of felony possession of methamphetamine, in Case No. 15-CF-2557, in the Circuit Court for the Sixth Judicial Circuit in and for Pasco County, Florida.

3. Said conviction is a prior conviction within the meaning of 21 U.S.C. § 851, which mandates an increased sentence under 21 U.S.C. § 841(b).

## ENHANCED PENALTIES

4. Upon conviction of Count One or Count Two described in Paragraph One above, 21 U.S.C. §§ 851 and 841(b)(1)(B) provide the following enhanced penalties for those counts because of the above prior felony drug conviction, as well as this Information and Notice:   a mandatory minimum term of imprisonment of 10 years up to life; a fine not to exceed $8,000,000; and a term of supervised release of at least 8 years up to life.

5. Upon conviction of Count Three described in Paragraph One above, 21 U.S.C. §§ 851 and 841(b)(1)(A) provide the following enhanced penalties for that count because of the above prior felony drug conviction, as well as this Information and Notice:   a mandatory minimum term of imprisonment of 20 years up to life; a fine not to exceed $20,000,000; and a term of supervised release of at least 10 years up to life.

6. Upon conviction of Count Four described in Paragraph One above, 21 U.S.C. §§ 851 and 841(b)(1)(C) provide the following enhanced

penalties for that count because of the above prior felony drug conviction, as well as this Information and Notice:   a maximum term of imprisonment of 30 years; a fine not to exceed $2,000,000; and a term of supervised release of at least 6 years up to life.

## CONCLUSION

7.   The conviction described above constitutes a prior felony drug conviction.   Accordingly, 21 U.S.C. §§ 851 and 841(b) mandate the increased penalties described in this Information and Notice.

    Respectfully submitted,

    MARIA CHAPA LOPEZ
    United States Attorney

By:   */s/ Taylor G. Stout*
    Taylor G. Stout
    Assistant United States Attorney
    United States Attorney No. 171
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:   (813) 274-6000
    Facsimile:   (813) 274-6358
    E-mail:   taylor.stout@usdoj.gov

U.S. v. Potter                                        Case No. 8:18-cr-499-T-33JSS

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Scott L. Robbins, Esquire

                                           */s/ Taylor G. Stout*
                                           Taylor G. Stout
                                           Assistant United States Attorney
                                           United States Attorney No. 171
                                           400 N. Tampa Street, Suite 3200
                                           Tampa, Florida 33602-4798
                                           Telephone:  (813) 274-6000
                                           Facsimile:   (813) 274-6358
                                           E-mail:   taylor.stout@usdoj.gov